

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00009-CV

**DAVE & BUSTER'S INC.**,
Appellant

v.

Sammy **SHALABI**,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 388436
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed: January 29, 2014

DISMISSED

In this appeal, the parties filed a joint motion to dismiss this appeal with prejudice. Their motion states they have resolved the underlying case to their satisfaction. They move this court to dismiss this appeal with each party to bear its own attorney's fees and costs of court.

The parties' joint motion is granted; this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(2), 43.2(f); *Caballero v. Heart of Texas Pizza, L.L.C.*, 70 S.W.3d 180, 181 (Tex. 2001) (per curiam).

PER CURIAM